

 Argued December 6, 1973. *Gordon Gelfond,* with him *Freedman, Borowsky and Lorry,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Wilson, Appellant.

 Argued December 10, 1973. *Jerome R. Smith,* for appellant; *Grant E. Wesner,* Deputy District Attorney, with him *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas; reargument refused February 19, 1974.

SPAULDING, J., absent.

## Commonwealth *v.* Wilson, Appellant.

 Sub-

842

mitted December 3, 1973. *John G. Veith*, for appellant; *James T. Ranney* and *David Richman*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Wimberley, Appellant.

Submitted December 3, 1973. *James J. DeMarco*, for appellant; *James T. Ranney* and *David Richman*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment affirmed.

SPAULDING, J., absent.

## Commonwealth ex rel. DiSanti, Appellant, *v.* DiSanti.

Argued December 7, 1973. *Gilbert I. Yaros*, with him *I. Raymond Kremer*, and *Kremer, Krimsky and Luterman*, for appellant; *Howard Richard*, with him *Richard, DiSanti & Hamilton*, for appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth ex rel. Goodman, Appellant, *v.* Delara.